IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Clifford S. Fields AIS# 250911
_____ )
Full name and prison number of )
plaintiff(s) all registered S.O. )
_____ )
                                   )
            v.                     )   CIVIL ACTION NO. 2:07cv592-MHT
                                   )   (To be supplied by the Clerk of the
 Megan's Law                       )      U.S. District Court)
_____ )
 Adam Walsh Bill                   )
_____ )
 Congress of United States         )
_____ )
                                   )
_____ )
Name of person(s) who violated     )
your constitutional rights.        )
(List the names of all the persons))

I.   PREVIOUS LAWSUITS

     A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

     B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

     C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

          1.   Parties to this previous lawsuit
               Plaintiff(s) _____

               Defendant(s) _____

          2.   Court (if federal court, name the district; if state court, name the county)
               _____

          3.   Docket No. _____

          4.   Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Bullock Co. Corr. Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED MCDF

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Lt. Stone | MCDF |
| 2. | Sgt. Thrift | MCDF |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED May 15th 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Registry as a Sex Offender

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
I was required by Law to register as a Sex Offender I consider this registry a violation of my civil rights as I consider it bigotry and a form of racism.

-2-

GROUND TWO: It violates the inalienable rights endowed by God in the constitution

SUPPORTING FACTS: the U.S. Constitution

GROUND THREE: it is hypocrisy

SUPPORTING FACTS: the Holy Bible

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Listen to my ideas for eradicating the problem, thus eradicating the need for registry in the first place

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on   6-24-07
              (date)

Cliffords Fields
Signature of plaintiff(s)

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF ALABAMA

Clifford Scott Field, AIS # 250911
_____
PETITIONER,

vs                                    CASE NO.

                                      2:07cv 592-MHT

Megans Law
Adam Walsh Bill
_____
RESPONDENT,
Congress of United States

SWORN AFFIDAVIT

I, Clifford S. Field _____, the affiant do swear under oath that the following statement made regarding the aforementioned case is true and correct to the best of my knowledge and would so aver that:

See Attachment entitled Divide and Conquer and also I Peter 2:18,19

Page one of two.

Divide and Conquer

Just as Saul - (later called Paul), thought he was doing God's work in persecuting, imprisoning, and killing the early Christians, many zealous lawmakers today are falling headlong into Satan's trap.

First and foremost, I will say that I believe that some safeguards need to be in place to ensure that a prior sex offender does not offend in the future. Registry itself is a good thing. But why not all felons? Is society no longer afraid of thieves and murderers? Or drug addicts that might steal and or kill to obtain what they need. Registry should be done for all felons, so that the authorities know who's where. As far as sending out letters to the general public goes, what message are we sending to our children? And is it the right one? Are we forgetting that the central theme of the Bible is love and forgiveness? How is that possibly being taught by publicly shaming another human being? Not only is it a violation of privacy, it is an affront to the inalienable rights we are all endowed with by our Creator; the right to life, liberty, and the pursuit of happiness. Who are we to legislate away

God's gifts. Whatever happened to: "Let him among you who is without sin cast the first stone?"

For a long time I thought the verse "If anyone knows of a brother caught up in sin, restore him gently, lest you should also be tempted", meant to guard yourself against falling into his specific sin. I have since realized that the temptation we fall into when we do not restore in love, is <u>judgement</u>. Sitting in judgement of someone else. But that's the problem with labels. They are like book covers, you don't know the whole story. Would society not be better served to educate the young as to how and why these things happen. Then, not only would it be easier for the ones victimized to understand and <u>forgive</u>, ~~but~~ The Bible clearly states that unless we forgive we cannot be forgiven. For me, forgiveness has been very hard to do to my perpetrators. Only after education, counseling, and treatment have I begun to let go of my hatred. The cycle has cost me a great deal. Not understanding the damage done to me, has contributed to me harming the ones I love, and others, and left me

*[left margin: But it would supply them with the tools needed to defend themselves if they were ever tempted to repeat the cycle]*

with a chasm of remorse that only a lifetime devotion to breaking the chain can fill. I cannot go back and undo the things I have done. I can only go forward and try to destroy as many links in the chain that I can. I owe that to the ones that I have hurt, myself, and to God. ~~~~ Given the way this problem reproduces itself, if I can deter 100 people from crossing the line, then I have saved 1000 in ten years, 10,000 in twenty years, and so on, and so forth.

An alternative to the current system of public debasement would be to require all registered sex offenders to report once a month to a support counselor to ensure they are on the straight and narrow path. ~~~~ If we continue to keep a person in a shame-based existence, and do not allow them some sense of normalcy, then we are only ~~~~ tearing down the walls built by treatment, showing them that forgiveness is not available for them, and depriving the world of the good that the truly sincerely reformed have to offer. And there are sincerely reformed offenders out there.

we are few, but we do have a voice. In the prison that I was incarcerated in, out of 1600 inmates, 60% were sex offenders. Out of the 960, since treatment classes were on a voluntary basis, and persecution by other inmates was a given, most classes that I attended had 25 or less in them. One of the campaign platforms of my state's Attorney general for that year was "No parole, no early release for sex offenders". I say, no release for any sex offender who refuses treatment. Judge all others according to their merit. Not every case is the same, not every individual deserves to suffer the same fate reserved for the severe reprobate.

Sincerely,

Clifford Field

Clifford Fields
AIS # 250911 H2-102B
P.O. Box 5107
Union Springs, AL
36089

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, DC
36101-0711